# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:18-cr-460-T-02AEP | DATE: | 12/10/18 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA v. JOSEPH DAVID CALTAGIRONE | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL** Frank Murray AUSA | |
| | | **DEFENSE COUNSEL** Tamara Theiss, AFPD | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 11:15 to 11:57 | **TOTAL:** 4 2 MIN | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: GUILTY PLEA PROCEEDING**

Defendant provided w/copy of Information; advised of charges.

Plea Agreement filed. Defendant sworn.

Plea of guilty entered as to count one of the Information.

Waiver of Indictment executed

Factual basis **ESTABLISHED**

Adjudication of **GUILT Deferred**

REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION

SENTENCING SCHEDULED FOR To be determined

BOND IS CONTINUED