# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         Case No.: 8:18-cr-460-T-02AEP

JOSEPH DAVID CALTAGIRONE

_____

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

The defendant, Joseph David Caltagirone, entered a plea of guilty to Count One of the Information before Magistrate Judge Anthony E. Porcelli on December 10, 2018. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1.     That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2.     That the defendant, Joseph David Caltagirone, be adjudicated guilty as to Count One of the Information.

3.     That sentencing be scheduled for *March 21, 2019, at 2:00 PM*. **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 26th day of December, 2018.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record
                U.S. Pretrial Services
                U.S. Probation Office
                U.S. Marshal Service