# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.     Case No. 8:18-CR-460-T-AEP

**JOSEPH DAVID CALTAGIRONE**

_____/

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The Defendant, Mr. Joseph David Caltagirone, respectfully requests this Court to modify the conditions of his Pretrial Release and allow him to reside at the following address:

15501 N. Bruce B Downs Blvd
Apt 1602
Tampa, FL 33647

As grounds for this motion, the Defendant states the following:

1.  On April 12, 2018, the United States filed a Complaint charging the Defendant with "Possession of an unregistered destructive device" and "Unlawful storage of an explosive material" in violation of 26 U.S.C. § 8561(d) and 18 U.S.C. § 842(j). Doc. 1. Mr. Caltagirone was later charged by way of an Information. Doc 44.

2.  On April 12, 2018, Mr. Caltagirone made his initial appearance. At which time the Office of the Federal Defender was appointed and a detention hearing

was scheduled for the day following.

3. On April 13, 2018, Mr. Caltigirone was granted bond, with conditions of release including but not limited to home confinement. Doc 13.

4. Mr. Caltagirone has entered his guilty plea before the Honorable Magistrate Judge Anthony E. Porcelli on December 10, 2018. Subsequently, his sentencing is currently scheduled for March 21, 2019. Docs. 65 and 72.

5. The Defendant requests permission to move to a new residence/lease at 15501 N. Bruce B Downs Blvd, Apt 1602, Tampa, FL 33647, on February 20, 2019.

6. Undersigned counsel communicated with Mr. Francis D. Murray, Assistant United States Attorney, on February 20, 2019. Mr. Murray stated that the United States does not object to this motion.

**WHEREFORE**, the Defendant respectfully requests this Court to modify the conditions of his Pretrial Release and allow him to reside at 15501 N. Bruce B Downs Blvd, Apt 1602, Tampa, FL 33647.

DATED this 22nd day of February, 2019.

Respectfully submitted,

DONNA LEE ELM
FEDERAL PUBLIC DEFENDER

*/s/ Tamara E. Theiss*
Tamara E. Theiss
Georgia Bar No. 703979
Assistant Federal Public Defender
400 N. Tampa Street, Suite 2700

Tampa, FL   33602  
Telephone: (813) 228-2715  
Facsimile: (813) 228-2562  
Email: Tamara_Theiss@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2019, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to:

Mr. Francis D. Murray, Assistant United States Attorney

*/s/ Tamara E. Theiss*  
Tamara E. Theiss  
Assistant Federal Defender
