# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                Case No. 8:18-CR-460-T-02AEP

**JOSEPH DAVID CALTAGIRONE**

_____ /

## NOTICE OF FILING

COMES NOW, the Defendant, JOSEPH DAVID CALTAGIRONE, hereby files the attached letter in support of his upcoming Sentencing scheduled for March 21, 2019.

DATED this 19th day of March, 2019.

                                                       Respectfully submitted,

                                                       DONNA LEE ELM
                                                       FEDERAL DEFENDER

                                                       */s/ Tamara E. Theiss*
                                                       Tamara E. Theiss
                                                       Assistant Federal Defender
                                                       Georgia Bar No. 703979
                                                       400 North Tampa Street
                                                       Suite 2700
                                                       Tampa, Florida 33602
                                                       Telephone: (813) 228-2715
                                                       Facsimile:  (813) 228-2562
                                                       Email: Tamara_Theiss@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a copy of the electronic filing to:

Francis Murray, Assistant United States Attorney

/s/ Tamara E. Theiss
Tamara E. Theiss
Assistant Federal Defender