


**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
925 South U.S. Highway 301, Tampa, Florida 33619
813-431-0487

## DESTRUCTIVE DEVICE DETERMINATION

**To:** Special Agent Christopher J. Nicolussi
Bureau of Alcohol, Tobacco, Firearms and Explosives
400 North Tampa Street, Suite #2100
Tampa, FL 33602

**I/N:** 767045-18-0069

**Date:** September 27, 2018

As requested, the following items were evaluated in order to form an opinion as to the design, construction, functioning, effects, and technical classification of the materials involved in this investigation.

### ITEMS SUBMITTED FOR ANALYSIS OR EVALUATION

**Item 1.** ATF Reports of Investigation #1 dated April 11, 2018 and #2 dated April 26, 2018.

**Item 2.** Tampa PD report number 2018-187803 approved on April 13, 2018

**Item 3.** ATF Forensic Laboratory Report number 18A0116 (1,2,3), dated August 10, 2018.

**Item 4**. Physical evidence received on September 20, 2018 and examined on September 26, 2018.

### DEVICE DESIGN AND CONSTRUCTION

The materials evaluated in this investigation are consistent with an improvised explosive rocket motor that had functioned and, an improvised explosive weapon that was disassembled.

The rocket motor consisting of exhibits 59, 63, and 76 was constructed using a length of polyvinyl chloride (PVC) pipe, which was sealed at one end with a PVC end cap and contained a quantity of explosive powder identified through laboratory analysis as a nitrate explosive mixture. The other end was plugged with clay and an improvised venturi created. The end cap was sealed to the pipe using a PVC based adhesive. The absence of any electrical or mechanical firing system along with statements made by the maker of the device indicate that a length of burning type fuse was used to initiate the explosive powder.

The device consisting of exhibit 38 was constructed using a length of polyvinyl chloride (PVC) pipe that was sealed at each end with PVC end caps. The ends were secured in place with a PVC based adhesive. The pipe contained an explosive mixture identified through laboratory analysis as a mixture of prilled ammonium nitrate and aluminum commonly known as Tannerite. One of the end caps was modified by having a hole drilled through its center face. An improvised initiator was constructed using two lengths of multi-strand wire with a smaller diameter length of single strand wire connected between the exposed ends of the multi-strand wire. The wire was then placed into a length of plastic straw that contained a small quantity of an explosive mixture identified through laboratory analysis as a chlorate/perchlorate explosive mixture. The initiator was then passed through the hole in the end cap and secured in place with an adhesive.

### DEVICE FUNCTIONING AND EFFECTS

Regarding the rocket motor, lighting the fuse of the rocket motor did, after a delay ignite the explosive powder, causing the device to explode. This explosion projected PVC fragments at high velocities, in all directions. Devices of this type are capable of causing property damage and/or serious injury or death to persons near the explosion.

In the case of the device, applying electrical current to the wires would cause the bridge-wire to heat up and ignite the explosive powder in the straw causing an explosion. This explosion could cause the explosive mixture in the pipe to explode. This explosion would project PVC fragments at high velocities, in all directions. Devices of this type are capable of causing property damage and/or serious injury or death to persons near the explosion.

### OPINION

Based upon the above, it is the opinion of the undersigned that the improvised rocket motor involved in this investigation contained an explosive mixture identified in the Federal registers annual list of explosive materials and would be properly identified as an explosive as that term is defined in 18 U.S. C. Chapter 40.

Furthermore, it is the opinion of the undersigned that the device examined in this investigation was designed as a weapon commonly known as a pipe bomb, and would be properly identified as an explosive bomb. Explosive bombs are explosives as that term is defined in 18 U.S.C. Chapter 40, and are destructive devices as the term is defined in 26 U.S.C., §5845(f).

_____
Submitted by: Kevin M. Miner
Explosives Enforcement Officer


_____
Approved by: Kenneth C. Erickson
Program Manager, Explosives Enforcement Branch

**I/N: 767045-18-0069**