

Forensic Science Laboratory - Atlanta
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

Atlanta, GA 30345
404 315-4600

U. S. Department of Justice

# Laboratory Report

ASCLD/LAB–*International* Testing Accreditation
Certificate ALI-216-T

| | |
|---|---|
| **Date of Report:** | August 10, 2018 |
| **Lab Number:** | 18A0116 (1,2,3) |
| **Reference:** | 767045180069 |
| **Type of Exam:** | Explosives |

Special Agent Chris Nicolussi
Bureau of Alcohol, Tobacco, Firearms and Explosives
400 North Tampa Street
Suite 2100
Tampa, FL 33602

The Submission 1 evidence described below was received on April 13, 2018, via FedEx # 4204 4687 9034.

The Submission 2 evidence described below was received on May 17, 2018, via FedEx # 7722 5017 4183.

The Submission 3 evidence described below was received on June 7, 2018, via FedEx # 7724 1187 2280.

## EXHIBITS

Submission 1:

25. Unknown sample from Exhibit 24
27. Unknown sample from Exhibit 26
29. Unknown sample from Exhibit 28
31. Unknown sample from Exhibit 30
33. Unknown sample from Exhibit 32
35. Unknown sample from Exhibit 34
37. Unknown sample from Exhibit 36
39. Unknown sample from Exhibit 38
41. Unknown sample from Exhibit 40
43. Unknown sample from Exhibit 42
45. Unknown sample from Exhibit 44
47. Unknown sample from Exhibit 46
49. Unknown sample from Exhibit 48
51. Unknown sample from Exhibit 50
53. Unknown sample from Exhibit 52
55. Unknown sample from Exhibit 54
57. Unknown sample from Exhibit 56

Submission 2:

59. PVC debris
61. Marble and plastic debris
62. PVC debris
63. Drinking straw debris
75. Pipe end cap debris
76. Clear tube with black writing
77. Pipe fragment

Submission 3:

38. PVC debris

## 18A0116(1,2,3)

## EXAMINATION/ANALYSIS AND INTERPRETATION OF RESULTS

The following test methods were used in reaching the conclusions reported below: visual and microscopical examination, Ignition Susceptibility, X-ray Diffraction, Scanning Electron Microscopy/Energy Dispersive Spectroscopy, Fourier Transform Infrared Spectroscopy, Ion Chromatography (with conductivity detector)/Mass Spectrometry and Gas Chromatography/Mass Spectrometry.

Submission 1:

Exhibit 25 contained powdered charcoal.

Exhibit 27 contained finely powdered aluminum.

Exhibit 29 contained a nitrate explosive mixture comprised of prilled ammonium nitrate and aluminum.

Exhibit 31 contained a nitrate explosive mixture comprised of prilled ammonium nitrate and aluminum.

Exhibit 33 contained powdered sulfur.

Exhibit 35 contained powdered iron oxide.

Exhibit 37 contained potassium nitrate.

Exhibit 39 contained a nitrate explosive mixture comprised of prilled ammonium nitrate and aluminum.

Exhibit 41 contained potassium nitrate.

Exhibit 43 contained an aluminum silicate based clay.

Exhibit 45 contained an approximate 1 $\frac{1}{4}$ inch long and $\frac{1}{8}$ inch diameter, functional, green pyrotechnic fuse.

Exhibit 47 contained a match. Per SA Nicolussi's request, no chemical analysis was completed.

Exhibit 49 contained a nitrate explosive mixture comprised of potassium nitrate and sugar.

Exhibit 51 contained a nitrate explosive mixture comprised of potassium nitrate and sugar.

Exhibit 53 contained a nitrate explosive mixture comprised of prilled ammonium nitrate, potassium nitrate, sulfur and charcoal.

Exhibit 55 contained a nitrate explosive mixture comprised of potassium nitrate, sulfur and charcoal.

Exhibit 57 contained potassium nitrate.

FOR OFFICIAL USE ONLY

DISC-00339

Submission 2:

Exhibit 59 contained fragments from a 1 ½ inch nominal diameter PVC (polyvinyl chloride) pipe and two 1 ½ inch nominal diameter Charlotte brand PVC end caps. Fragments from a 1 inch nominal diameter PVC pipe as well as fragments from other PVC pipes and end caps were found in the debris. A blue PVC based adhesive with a purple color visually similar to a purple primer for PVC/CPVC (chlorinated polyvinyl chloride) was on the outside of the fragments. Post combustion residues of a nitrate explosive mixture were identified on the items.

Exhibit 61 contained a clear and yellow marble and a hard plastic fragment. Post combustion residues of a nitrate explosive mixture were identified on the items.

Exhibit 62 contained fragments from a ¾ inch nominal diameter schedule 40 PVC end cap. The end cap fragment had a partial hole with an ethylene/vinyl acetate based adhesive (e.g. hot melt glue) adhering to it. The exhibit also contained fragments from a 1 ½ inch nominal diameter PVC end cap and pipe, a 1 inch nominal diameter end cap, a 1 inch nominal diameter PVC threaded end cap, a ¾ inch nominal diameter PVC SDR (standard dimension ratio) pipe and fragments from other PVC pipes and end caps. An ethylene/vinyl acetate based adhesive was secured to another fragment. A blue PVC based adhesive with a purple color visually similar to a purple primer for PVC/CPVC was on the outside of some of the fragments. Residues from a nitrate and a chlorate/perchlorate explosive mixture were identified on the items.

Exhibit 63 contained a fragment from a polypropylene based drinking straw filled with an ethylene/vinyl acetate based adhesive. Potassium nitrate was identified on the item.

Exhibit 75 contained a 1 inch nominal diameter schedule 40 Charlotte brand PVC end cap. Fragments from a 1 inch nominal diameter PVC pipe were secured to the end cap by blue PVC based adhesive with a purple color visually similar to a purple primer for PVC/CPVC. The end cap was filled with an ethylene/vinyl acetate based adhesive and aluminum foil. Residues of a nitrate explosive mixture were identified on the items.

Exhibit 76 contained a fragment from a 3 milliliter plastic syringe with an ethylene/vinyl acetate based adhesive secured to one side. Residues of chloride, nitrate, sulfate and thiosulfate were identified on the syringe. While these materials can result from the combustion of a nitrate explosive mix, they can also be found naturally in the environment (such as soil).

Exhibit 77 contained a fragment from a ¾ inch nominal diameter PVC pipe. A blue PVC based adhesive with a purple color visually similar to a purple primer for PVC/CPVC was on the outside of the pipe fragment. Residue from a nitrate explosive mixture comprised of potassium nitrate and sulfur was identified on the fragment.

DISC-00340

Submission 3:

Exhibit 38 contained fragments from a 1 1/2 inch nominal diameter Charlotte PVC brand pipe, measuring approximately 5 3/4 inches long, with two 1 1/2 inch nominal diameter schedule 40, Charlotte brand PVC end caps attached. The end caps were secured to the pipe ends with a blue PVC based adhesive. A purple color material visually similar to a purple primer for PVC/CPVC was on the pipe and end caps. One end cap had an approximate 1/4 inch diameter hole through the face plate, with an ethylene/vinyl acetate based adhesive adhering to it. An approximate 3/4 inch wide and 3 1/2 inch long piece of black electrical tape covered the hole.

The other end cap in Exhibit 38 had an approximate 1/8 inch diameter hole in the center. Two wires protruded from the hole and were secured by an ethylene/vinyl acetate based adhesive. One wire was size 27 American Wire Gauge (AWG), multi-strand copper clad aluminum, with a discolored white insulation. The other wire was size 28 AWG, multi-strand aluminum, with a red insulation. The wires were connected to each other by the insulation (visually similar to a duplex speaker wire) and their total length was approximately 5 1/2 inches. Inside the end cap each wires had a piece of single strand nickel/chromium size 31 AWG wire twisted to the end. These ends were secured together in a piece of approximate 3/4 inch wide black electrical tape.

Two other sections of approximate 3/4 inch wide black electrical tape were present in the pipe. They overlapped each other as if they were originally wrapped around something. Fragments from a polypropylene based drinking straw filled with an ethylene/vinyl acetate based adhesive were present inside the pipe.

Exhibit 38 also contained a nitrate explosive mixture comprised of prilled ammonium nitrate and aluminum. Residues from a nitrate and a chlorate/perchlorate explosive mixture were identified on the straw and tape.

### DISPOSITION OF EVIDENCE

The excess explosive samples in Exhibits 29, 31, 38, 39, 49, 51, 53 and 55 will be retained in the laboratory pending destruction by the Explosives Enforcement Branch (EEB). The remainder of the packaging and exhibits will be forwarded to EEB.

Cynthia D. Carter
Forensic Chemist

Reviewed by:

for Robert D. Reed
Chief, Arson and Explosives Section