December 20, 2018

Sam Caltagirone

██████████████

Tampa, FL 33602

Mr. Frank Murray
Assistant United States Attorney
      At U.S. Department of Justice
400 N. Tampa St.
Suite 3200
Tampa, FL 33602

RE    Case : 8:18CR460T02AEP
      Defendant: Joseph David Caltagirone

Mr. Murray,

I am Sam Caltagirone, brother of Joseph David Caltagirone, a case you have recently prosecuted.
Joseph recently pleaded guilty to the possession of explosives charge.

I am writing to provide a "victim's statement" to the court for the sentencing phase of my
brother's case, should that be allowed and appropriate

I am the legal guardian and have power of attorney for my elderly mother, Mary M. Caltagirone
(age 96), and for my aunt, Domenica Mortellaro (age 99). I am representing them as the victims
of the actions of Joseph Caltagirone.

My mother and aunt own and reside in the family home at ███████ 17th Ave., Tampa, FL 33605.
These two women are physically frail and my mother is suffering from dementia. I've hired a
caretaker who is a trained nursing assistant to care for them in the home. They have a constrained
budget for living expenses.

My brother Joseph and his partner/roommate Mark David Rude, Jr. live in the upstairs portion of the
home. They pay no rent and only pay for electricity usage since the upstairs portion of the
home is metered separately.

Representing my mother and aunt, and with the concurrence of my other brother, Vincent
Caltagirone, I would like the court to consider the following statement to the court as conditions
in the sentencing of my brother:

- We request that Joseph David Caltagirone be required to move away from the family
  home at 1019 E. 17th Ave, Tampa, FL 33605, within one week following sentencing.
- We request that Joseph David Caltagirone not be allowed to return to the family home as
  a resident at any time in the future as long as either my mother or aunt are still alive.

December 20, 2018
Mr. Frank Murray
Page 2

The reason for our request is that the past, present, and future presence of Joseph Caltagirone and his partner/roommate, Mark David Rude Jr., pose a continuing threat to the security, safety and equanimity of the family home. Specifically,

1.  Prior to his arrest in April, 2018, Joseph was operating a drug dealing operation out of the upstairs portion of the home. At least three neighbors have since complained of persons coming onto the property at all times of the day and night. Specific references can be provided.

2.  After Joseph's release on bail, Joseph and Mark Rude, continued to entertain visitors to the home. At least some of these visitors are known in the neighborhood as drug users. Recently, without permission and without any notification to my mother nor my aunt nor to me, he allowed another individual, Adam Kenison, to move in upstairs.

3.  Mark David Rude, Jr. is a twice convicted felon who, prior to the events of April, 2018, was in violation of his probation and was subsequently returned to jail after that incident.

4.  About a month ago, I saw evidence that Mark Rude has continued to use drugs on the property. I discovered hidden in the back yard a homemade aluminum foil tube, burnt at one end and tapered at the other. Since Joseph was constrained to the house by his ankle bracelet at that time, it is reasonable to assume that Mark Rude was using drugs on the property. Unfortunately, I destroyed this evidence when I should have documented it.

5.  Joseph is an alcoholic and consistently exhibit belligerent behavior to me and to my mother. He has at least one, probably more, DUI arrests that I know of. The week before last, he drove my aunt to an urgent care facility against the advice of the nursing assistant caregiver, who told Joseph that my aunt only had a cold, not pneumonia. The caregiver was alarmed and contacted me. I awaited their return at the home. When I spoke to Joseph, his breath reeked heavily of alcohol. In short, he had driven my aunt to the facility while drunk.

6.  Prior to April, 2018, Joseph had been entrusted by my mother and aunt to handle their financial affairs. When I assumed that responsibility after his arrest, I discovered that Joseph had misappropriated significant amount from their bank accounts and annuities that were taken in cash or applied to his accounts. For just the 13-month period from April, 2017, to April 2018, he diverted approximately $25,000 from my mother alone. I have, of course, taken charge of their finances and Joseph no longer has access to their money.

Mr. Frank Murray
Page 3

You should know that I have retained civil attorney Christophe Fiori to proceed with legal ejectment of Joseph and Mark David Rude, Jr. They did not respond to the initial notice to vacate and therefore a case will be filed in court by next week.

As I said, I don't know if this information can impact his sentencing but I felt that the court should be aware of these circumstances. Please let me know if there is an appropriate method for my brother Vincent and I to communicate our concerns.

Thank you for your consideration.

Sam Caltagirone

cc;     Vincent Caltagirone

Naples, FL 34105