Menu   Watch

ADVERTISEMENT

  

# Tampa Police arrest man in connection with pipe bomb explosion on E. 17th Avenue

**Posted:** 4:53 PM, Apr 11, 2018   **Updated:** 6:57 AM, Apr 12, 2018

 **By:** Isabel Rosales





TAMPA, Fla. — Police have arrested a man in connection with a pipe bomb explosion in the backyard of a home in the 1000 block of E.17th Avenue.

Officials say the explosion occurred at approximately 4:25 p.m. on Wednesday.



After quickly arriving at the scene, detectives searched the neighborhood and interviewed neighbors in an effort to determine where the device came from and who may have been involved.

Officers then detained two men who were in the house during the explosion.

After questioning, they arrested 60-year-old Joseph David Caltagirone and charged him with making, possessing, throwing, placing, projecting or discharging a destructive device — a felony. The second man has not been charged.



Tampa Police spokesman Steve Hegarty said there didn't appear to have been any ill intent.

However, "even if it was just mischief or a prank or just experimenting that's a problem," said Hegarty.

The explosion left a hole in the ground. Authorities are working to get a search warrant so that they may check inside the home. No one was hurt nor any home damaged.

ATF and the bomb squad responded to the scene.

> *Tampa Police Officer confirms IT IS a pipe bomb their bomb squad found near their office. They are not sure if there are other bombs [@abcactionnews](https://) [pic.twitter.com/c8Qi1IsH8E](https://)*
>
> *— Isabel Rosales (@WFTSisabel) [April 11, 2018](https://)*

E. Columbus Drive was closed between 9th Street and 13th Street as police investigated but reopened just before 5:30 p.m.

> ***TRAFFIC UPDATE*** E Columbus Drive has been re-opened to traffic.
>
> — TampaPD (@TampaPD) April 11, 2018

Copyright 2018 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

CURATION BY



Sponsored

**Opulence Like You've Never Seen On A Cruise Ship**

Yahoo! Search



Sponsored

**The Incredible 2019 New Luxury Sedans Under $50K**

Yahoo! Search



Sponsored

**27 Discounts Seniors Get Only If They Know**

seniordiscountsclub.com



**39 bogus contractors arrested in sting operation**



### Motorcyclist arrested after hitting 2-year-old in Port Richey



### Fixing Some of Your Frustrations.

ADVERTISEMENT

    

News  Video  Traffic  Taking Action for You  Sports
Entertainment  Marketplace  Support



Scripps TV Station Group
© 2019 The E.W. Scripps Co

Site Map  Privacy Policy  Terms of Use  EEO
FCC Public Files  Public File Contact

Case 8:18-cr-00460-WFJ-AEP Document 82-6 Filed 03/20/19 Page 7 of 7 PageID 386