**Synced Images**

**Videos**
- **Id** 2147673568795413
- **Title** David's Birthday Video
- **Description**
- **Link** /david.rude.96/videos/2147673568795413/
- **Upload Ip** 2401:db00:30:603c:face:0:77:0
- **Uploaded** 2018-05-20 06:56:38 UTC

**Notes**

**Unified Messages**

**Thread** (10209216698399026)
- **Current** 2018-05-21 20:51:53 UTC
- **Participants** Connie Hall Fleming (1368015584)
  David Rude (100006583716199)

- **Author** Connie Hall Fleming (1368015584)
- **Sent** 2018-05-19 14:41:07 UTC
- **Body** I really don't know what to say about that David but I hope u are doing well I love you please stay out of trouble

- **Author** David Rude (100006583716199)
- **Sent** 2018-05-19 04:14:45 UTC
- **Body** I got off cklean after setting a huge bomb off. shook bomb squad training windows and 5 blocks away., I was proud. I got off clean but my bud is fighting fed charges. he will get off though. it was amazing... Fred would be prouuud of me in the name of america!!!

- **Author** David Rude (100006583716199)
- **Sent** 2018-05-19 04:11:53 UTC
- **Body** Heard about my latest antics? I blew a bomb up in down town tampa. It was crazy!!! ATF, FBI, Bomb Squad, Helicopters, 50 plus TPD Plus major streets blocked offfl

**Thread** (1968757863353652)
- **Current** 2018-05-21 20:51:53 UTC
- **Participants** Matthew Beckwith (100008188717084)
  David Rude (100006583716199)

**Thread** (1792256951003745)
- **Current** 2018-05-21 20:51:53 UTC
- **Participants** Fred Fleming (100007869970059)
  David Rude (100006583716199)

**Thread** (10206660615940776)
- **Current** 2018-05-21 20:51:53 UTC
- **Participants** Debra Baker (1434441469)