## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:18-CR-460-T-02AEP

**JOSEPH DAVID CALTAGIRONE**
_____ /

## NOTICE OF FILING

COMES NOW, the Defendant, JOSEPH DAVID CALTAGIRONE, hereby files the attached letter in support of his upcoming Sentencing scheduled for March 21, 2019.

DATED this 20th day of March, 2019.

        Respectfully submitted,

        DONNA LEE ELM
        FEDERAL DEFENDER

        */s/ Tamara E. Theiss*
        Tamara E. Theiss
        Assistant Federal Defender
        Georgia Bar No. 703979
        400 North Tampa Street
        Suite 2700
        Tampa, Florida 33602
        Telephone: (813) 228-2715
        Facsimile: (813) 228-2562
        Email: Tamara_Theiss@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a copy of the electronic filing to:

Francis Murray, Assistant United States Attorney

                                        */s/ Tamara E. Theiss*
                                        Tamara E. Theiss
                                        Assistant Federal Defender