Judge Jung,

My name is Adam Dunn and I am Joseph Caltagirone's son-in-law.  I am writing this letter in support of Joseph in the hopes that I can shed some light on my relationship with him and his family, and how I know him to be a genuinely good person, father and father-in-law.

I met Joseph's daughter, Lucy, almost 9 years ago — she was a recent graduate of Columbia Law School, and I had just moved to the city in order to begin my in-house career after having clerked on the state bench and working for several Maryland State CJA panel attorneys.

The first thing I noticed about Lucy was that, by any measure, she was the smartest person I'd ever met.  When I complemented her on this fact, she very quickly told me that it was a genetic trait of the Caltagirone's — all of them were brilliant.  I recall visiting Tampa later that summer and going to brunch with Lucy, Joe, and his engineering buddies from Honeywell.  It turns out Lucy was right — not only was Joe a brilliant engineer, all of his colleagues looked up to him as a mentor in the professional and personal sense.

As my relationship with Lucy grew, so did my relationship with Joe.  I recall one instance, in particular, that I think represents the type of person he is, and what he means to me as a father in law.

In 2011 I was interested in adding some technology skills to my legal practice in order to pursue a job opportunity.  I recall making it through the screening process and being asked on site in order to demonstrate my understanding of a particular computer database, in which I had no expertise.  I e-mailed Joe looking for advice and 3 hours later he had sent over a complete guide relating to what I needed to learn, complete with several practice exercises.

Aside from being intelligent Joseph has an incredible heart, which manifests itself in his continued and unwavering care for his mother and aunt.  He's both a caretaker, janitor, chef, and chauffeur.  He's truly an incredible companion to them, and they're lucky to have him around.

I know that this incident has impacted Joe in every way possible.  It has introduced stress, remorse, and uncertainty into his life.  These elements would be hard for any human to handle, and the impact on Joe is no different.  However, I feel as though this has caused a transformation of sorts.  Mistakes in life are common and universal but not without value.  Joe has found the value in this — both in his commitment to right the wrongs caused, and his commitment to return to his normal life.  The life that consists of overseeing his family, of cooking spaghetti for his mother and aunt, of taking care of his dog Buster, and never returning to the current situation or one like it.

Sincerely,

Adam Dunn