**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:18-cr-460-T-02AEP | **DATE:** March 21, 2019 |
| **HONORABLE WILLIAM F. JUNG** | **INTERPRETER:** N/A |
| | **GOVERNMENT COUNSEL**<br>Francis D. Murray, AUSA |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSEPH DAVID CALTAGIRONE** | Tamara Eve Theiss, AFPD |
| **COURT REPORTER:** Nikki Peters | **DEPUTY CLERK:** Shameeka Olden |
| **TIME:** 2:08 p.m. – 3:12 p.m.<br>**TOTAL:** 1 hour, 4 minutes | **COURTROOM:** 15B |
| | **PROBATION:** Tashika Curtis<br>**PRETRIAL:** Karen Frost |

**PROCEEDINGS:**   CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

ATF Special Agent Christopher Nicolussi was present.

Defendant sworn.

Defendant is adjudged guilty on Count One of the Information.

The Court departs a total of four levels. As a result, the total offense level is 13.

Samuel Caltagirone, defendant's son, spoke on behalf of defendant.

**Imprisonment: ONE YEAR and ONE DAY.**

**Supervised Release: THREE (3) YEARS.**

The Court recommends to the Bureau of Prisons that the Defendant be confined at FPC Montgomery.

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:
1. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.
2. Defendant shall not participate in any activity involving pyrotechnics, model rockets, gun powder, or anything related thereto.
3. Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.
4. Defendant shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

Defendant must refrain from any unlawful use of controlled substance. Defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. Defendant must submit to random drug testing not to exceed 104 tests per year.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant advised of right to appeal and to counsel on appeal.

The defendant may voluntarily surrender at the institution designated by the Bureau of Prisons. The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 17 |
| Criminal History Category: | I |
| Imprisonment Range | 24-30 months |
| Supervised Release Range | 1-3 years |
| Restitution: | N/A |
| Fine Range | $10,000-$95,000 |
| Special Assessment | $100.00 |